# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

JAY CONNOR, individually
and on behalf of a class of all persons and
entities similarly situated,

        Plaintiffs,

vs.                                    Case No. 2:24-cv-645-MHC

WILSHIRE REAL ESTATE
SERVICES, LLC

        Defendant.

## **PLAINTIFF'S MOTION TO STRIKE *PRO SE* ANSWER FILED BY A CORPORATION**

The Plaintiff in the above matter respectfully move this Court to strike the *pro se* answer of corporate defendant Wilshire Real Estate Services, LLC ("Wilshire") and file an appropriate pleading within fourteen days. As to the reasons therefore, the Plaintiffs state as follows:

1. In February 2024, Plaintiff filed a class action complaint with claims against the Defendant. *See* ECF No. 1.

2. On March 13, 2024, Defendant filed a *pro se* Answer. *See* ECF No. 8.

3. Wilshire, as a corporation, cannot appear *pro se*. This sentiment reflects the ancient common law tradition related by former Chief Justice John Marshall in *Osborne v. Bank of the United States:* "A corporation . . . can appear only by attorney." 22 U.S. 738, 830, 6 L. Ed. 204 (1824).

4. The precedent applying this rule is voluminous. *See, e.g. Commercial & R.R. Bank of Vicksburg v. Slocomb, Richard & Co.,* 39 U.S. 60, 10 L. Ed. 354 (1840); *Strong Delivery Ministry Ass'n v. Board of Appeals of Cook County,* 543 F.2d 32 (7th Cir. 1976) ("a corporation cannot appear without an attorney"); *Schreibman v. Walter E. Heller & Co. (In re Las Colinas Dev. Corp.),* 585 F.2d 7 (1st Cir. 1978) (*cert. denied*); *Shapiro, Bernstein & Co.*

*v. Cont'l Record Co.,* 386 F.2d 426 (2d. Cir. 1967); *Flora Constr. Co. v. Fireman's Fund Ins. Co.,* 307 F.2d 413, 414 (10th Cir. 1962); *Erie Molded Plastics, Inc. v. Nogah, LLC*, 520 F. App'x 82, 84-85 (3d Cir. 2013) ("As a general rule, if a corporation appears in federal court, it may do so only through licensed counsel.")

5.  The Fourth Circuit is in accord. *United States v. Lavabit, LLC* (4th Cir. 2014) (corporations are not permitted to proceed *pro se*).

Accordingly, Plaintiff requests Order from the Court that the Defendant shall obtain counsel and file a responsive pleading within 14 days of the Order of this Court or it will be defaulted.

DATED this 13th day of March, 2024.

        PLAINTIFF,
        By his attorneys,

By:   _s/ Dave Maxfield_____
      David A. Maxfield, Fed ID 6293
      P.O. Box 11865
      Columbia, SC 29211
      803-509-6800
      855-299-1656 (fax)
      dave@consumerlawsc.com

      Anthony I. Paronich
      Paronich Law, P.C.
      350 Lincoln Street, Suite 2400
      Hingham, MA 02043
      (508) 221-1510
      anthony@paronichlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2024, a copy of the foregoing was filed through the Court's CM/ECF System.

2

A copy of this pleading was also provided to the *pro se* defendant on March 13, 2024.

                                                 *s/ Dave Maxfield*
                                                 David A. Maxfield, Fed ID 6293