- IN THE UNITED STATES DISTRICT COURT

  FOR THE DISTRICT OF SOUTH CAROLINA

  CHARLESTON DIVISION

  o

  JAY CONNORS

  Case No. 2:24-cv-645-MHC

  v.

  Wilshire Real
  Estate Services

- **Motion for Extension for Wilshire Real Estate Services to Obtain Legal Counsel**

  The Defendant in the above matter asks the Court to respectfully grant an extension for the defendant to obtain legal counsel :

  1. Wilshire Real Estate Services is a single-member LLC with limited resources to acquire legal counsel willing to represent the LLC justly within the Federal Venue and filing type. Zach Mitchell, the sole member of the LLC, has approached multiple lawyers with the filing and has found it financially unfeasible to obtain counsel.

  2. The Defendant was notified of the court's motion to strike the Pro Se motion on May 2 via email. However, the Defendant did not receive electronic notice, and the mail forwarding was not received until May 4th. The Defendant has included his personal address to prevent this from happening in the Future.

  3. The Defendant would ask the court for a 45-day extension to obtain legal counsel and pursue options to be financially prepared to defend against default in this case.

Dated: 5/10/24

Respectfully submitted,

*[signature]*

Zach Mitchell

Wilshire Real Estate Services LLC

722 Carthwright Dr Charleston, SC 29414

Telephone: 843-834-0448

E-mail: wilshiresellssc@gmail.com

- TO: Dave A. Maxfield

    P.O. Box 11865

    Columbia, SC 29211

    Attorneys for Jay Connors