- IN THE UNITED STATES DISTRICT COURT

  FOR THE DISTRICT OF SOUTH CAROLINA

  CHARLESTON DIVISION

  o

  JAY CONNORS

  Case No. 2:24-cv-645-MHC

  v.

  Wilshire Real
  Estate Services

- <u>Motion for Extension for Wilshire Real Estate Services to Obtain Legal Counsel</u>

  The Defendant in the above matter asks the Court to respectfully grant an extension for the defendant to obtain legal counsel :

  1. The Defendant is still seeking legal defense through Henderson & Henderson.
  2. Defendant was unable to secure the necessary amount through previous business thought to provide for the needed payment due to delayed closing and accruing business costs.
  3. If the Defendant defaults in other contractual obligations, it would open the company up to more Litigation
  4. The Defendant would like to petition the court for an extension due to financial hardship. It is the Defendant's sole intention to secure counsel by the End of October. Dated:

Respectfully submitted,

Zach Mitchell

Wilshire Real Estate Services LLC

722 Carthwright Dr Charleston, SC 29414

Telephone: 843-834-0448

E-mail: wilshiresellssc@gmail.com