UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JAY CONNOR, individually and on behalf of a class of all persons and entities similarly situated,<br><br>               Plaintiff,<br><br>vs.<br><br>WILSHIRE REAL ESTATE SERVICES, LLC<br><br>               Defendants. | C/A NO.: 2:24-cv-00645-RMG<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, WILSHIRE REAL ESTATE SERVICES, LLC |

COMES NOW the undersigned attorney and herewith file his Notice of Appearance as Counsel of Record on behalf of Defendant Wilshire Real Estate Services, LLC in the above-captioned matter.

                                                 Respectfully submitted,

                                                 HENDERSON & HENDERSON, LLC

                                                 s/ Wesley E. Henderson, Esq.
                                                 Wesley E. Henderson, Federal Bar No.: 13457
                                                 578 East Bay Street, Suite A
                                                 Charleston, SC 29403
                                                 Telephone: 843-212-3188
                                                 Fax: 843-872-0634
                                                 Email: wesley@hhlawsc.com

                                                 *Attorney for Defendant*

October 31, 2024
Charleston, South Carolina